# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIE GOURSAU, | No. 2:16-cv-2372-CMK-P |
|     Petitioner, | |
|  vs. | ORDER |
| JOE LIZARRAGA, | |
|     Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is challenging his 2012 conviction out of Solano County. Petitioner has filed a request that this case be consolidated with another case, 2:16-cv-2363-MCE-CMK.

28 U.S.C. § 2243 provides that the court shall issue an order directing a response to the writ "unless it appears from the application that the applicant . . . is not entitled" relief. Where a petitioner is proceeding pro se and files a new petition before the district court has fully adjudicated the petitioner's prior petition, the Ninth Circuit has directed that the court should construe the new petition as a motion to amend the petition rather than as a "second or successive" petition. See Woods v. Carey, 525 F.3d 886, 890 (9th Cir. 2008). However, the

undersigned finds neither consolidation nor construing the petition as a motion to amend would serve a legitimate purpose. The petitions filed in the two separate actions are identical. Accordingly, there is nothing to consolidate nor would there be anything to amend. In his request for this case be consolidated with his other current action, petitioner acknowledges the petition filed in this action is duplicative and was sent out of an abundance of caution. The undersigned interprets his request as a request to voluntarily dismiss this duplicative action. Thus, instead of consolidating or construing the petition as a motion to amend, this action should simply be dismissed as duplicative of case number 2:16-cv-2363-MCE-CMK, which is an active case.

Accordingly, IT IS HEREBY ORDERED that the petition for writ of habeas corpus filed in this case is dismissed, without prejudice, as duplicative of the petition filed in case 2:16-cv-2363-MCE-CMK. The Clerk of the Court is directed to close this case.

DATED: May 19, 2017

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE